**Order entered April 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01513-CR

**CARIE ANN PRESTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F08-16690-H**

## ORDER

The Court **REINSTATES** the appeal.

On January 23, 2014, we ordered the trial court to make findings regarding why the clerk's and reporter's records had not been filed. We have received the clerk's record, as well as the trial court's findings. The trial court found that appellant desires to pursue the appeal, but that her notice of appeal was untimely. The record reflects that on October 4, 2013, the trial court denied the State's motion to proceed with adjudication of guilt, extended the period of appellant's supervision, and modified the conditions of her supervision. On October 28, 2013, appellant filed a notice of appeal seeking reconsideration of the October 4, 2013 order. Thus, although the notice of appeal was timely as to the October 4, 2013 order, the order extending and

modifying her community supervision is not appealable.  *See Basaldua v. State*, 558 S.W.2d 2, 5

(Tex. Crim. App. 1977).  Accordingly, we will dispose of the appeal in due course.


/s/     LANA MYERS
          JUSTICE